UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF

**Plaintiff / Petitioner:**                                                         **AFFIRMATION OF SERVICE**
ANASTACIA SYMONE                                                                    Index No:
**Defendant / Respondent:**                                                         25-CV-10379
THE CITY OF NEW YORK ET AL

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Mar 03 2026 AT 12:00 PM AT 535 West 57th Street SRG 1, New York, NY 10019 deponent served the within summons and complaint,ecf rules February 2nd 2026 and JPO OETKEN individual rules 2025 FINAL JULY 18TH 2025 on NYPD OFFICER JARVIS ONABANJO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Lieutenant Medina a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 535 West 57th Street SRG 1, New York, NY 10019, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Tue, Mar 03 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age:  45                 Ethnicity:  Hispanic                          Gender:  Male                  Weight:  180
Height:  5'9"            Hair:  Black              Eyes:  Brown                        Relationship:  Co worker
Other

_(signature)_

_____
Mitchell Raider
1450036

I affirm this 03 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**

ANASTACIA SYMONE

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

Index No:

25-CV-10379

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Mar 03 2026 AT 10:40 AM AT ONE POLICE PLAZA, NEW YORK , NY 10038 deponent served the within summons and complaint,ecf rules February 2nd 2026 and JPO OETKEN individual rules 2025 FINAL JULY 18TH 2025 on NYPD SERGEANT STANISLOV KUSHNIR

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Paa Petit a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, ONE POLICE PLAZA, NEW YORK , NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Tue, Mar 03 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 50          Ethnicity: Caucasian                    Gender: Female                    Weight: 170

Height: 5'3"          Hair: Blond          Eyes: Brown                    Relationship: Co worker

Other _____

_____
Mitchell Raider
1450036

I affirm this 03 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                    COUNTY OF

---

**Plaintiff / Petitioner:**
ANASTACIA SYMONE

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

Index No:
25-CV-10379

---

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Mar 03 2026 AT 10:46 AM AT ONE POLICE PLAZA, NEW YORK , NY 10038 deponent served the within summons and complaint,ecf rules February 2nd 2026 and JPO OETKEN individual rules 2025 FINAL JULY 18TH 2025 on NYPD OFFICER AHMED ALI

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Paa Petit a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

---

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, ONE POLICE PLAZA, NEW YORK , NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Tue, Mar 03 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 50 | Ethnicity: Caucasian | Gender: Female | Weight: 180 |
| Height: 5'3" | Hair: Blond | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Mitchell Raider
1450036

I affirm this 03 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF

| Plaintiff / Petitioner: | AFFIRMATION OF SERVICE |
| ANASTACIA SYMONE | Index No: |
| Defendant / Respondent: | 25-CV-10379 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Mar 03 2026 AT 10:44 AM AT ONE POLICE PLAZA, NEW YORK , NY 10038 deponent served the within summons and complaint,ecf rules February 2nd 2026 and JPO OETKEN individual rules 2025 FINAL JULY 18TH 2025 on NYPD DETECTIVE MATTHEW COFFARO

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Paa Petit a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, ONE POLICE PLAZA, NEW YORK , NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Tue, Mar 03 2026.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 50 | Ethnicity: Caucasian | Gender: Female | Weight: 180 |
| Height: 5'3" | Hair: Blond | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Mitchell Raider
1450036

I affirm this 03 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                    COUNTY OF

**Plaintiff / Petitioner:**                                                    **AFFIRMATION OF SERVICE**

ANASTACIA SYMONE                                                                      Index No:
**Defendant / Respondent:**                                                          25-CV-10379

THE CITY OF NEW YORK ET AL

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Mar 03 2026 AT 10:42 AM AT ONE POLICE PLAZA, NEW YORK , NY 10038 deponent served the within summons and complaint,ecf rules February 2nd 2026 and JPO OETKEN individual rules 2025 FINAL JULY 18TH 2025 on NYPD SERGEANT JOEL MOTTOLA

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.
- [X] **Suitable Person:** by delivering thereat, a true copy of each to Paa Petitt a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, ONE POLICE PLAZA, NEW YORK , NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Tue, Mar 03 2026.
- [X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age:  50                Ethnicity:  Caucasian                          Gender:  Female                    Weight:  180
Height:  5'3"                   Hair:  Blond                  Eyes:  Brown                       Relationship:  Co worker
Other

Mitchell Raider
1450036

I affirm this 03 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**

ANASTACIA SYMONE

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

Index No:

25-CV-10379

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Mar 03 2026 AT 10:11 AM AT 100 Church Street, New York, NY 10007 deponent served the within summons and complaint,ecf rules February 2nd 2026 and JPO OETKEN individual rules 2025 FINAL JULY 18TH 2025 on NYPD COMMISSIONER KAZ DAUGHTRY

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** NYPD COMMISSIONER KAZ DAUGHTRY a defendant, therein named, by delivering a true copy of each to A Goebler personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Clerk thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | |
|---|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | Gender: Male | | Weight: 170 |
| Height: 5'8" | Hair: Brown | Eyes: Brown | | Relationship: Clerk |
| Other | | | | |

Mitchell Raider
1450036

I affirm this 03 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK    COUNTY OF

**Plaintiff / Petitioner:**                                                    **AFFIRMATION OF SERVICE**
ANASTACIA SYMONE                                                                    Index No:
**Defendant / Respondent:**                                                        25-CV-10379
THE CITY OF NEW YORK ET AL

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Mar 02 2026 AT 10:03 AM AT 30 Ralph Avenue 81ST PCT, Brooklyn, NY 11221 deponent served the within summons and complaint,ecf rules February 2nd 2026 and JPO OETKEN individual rules 2025 FINAL JULY 18TH 2025 on NYPD OFFICER WOODY SAINROSE

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to NYPD OFFICER Davilar a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 30 Ralph Avenue 81ST PCT, Brooklyn, NY 11221, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Mar 02 2026.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age:  40            Ethnicity:  African American                    Gender:  Female            Weight:  170
Height:  5'8"          Hair:  Black                      Eyes:  Brown              Relationship:  Co worker
Other  _____

Mitchell Raider
1450036

I affirm this 02 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**

ANASTACIA SYMONE

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

Index No:
25-CV-10379

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, Mar 04 2026 AT 10:28 AM AT 2860 West 23rd Street PSA 1, Brooklyn, NY 11224 deponent served the within summons and complaint,ecf rules February 2nd 2026 and JPO OETKEN individual rules 2025 FINAL JULY 18TH 2025 on NYPD CAPTAIN ABRAHAM BADILLO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Dayan a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 2860 West 23rd Street PSA 1, Brooklyn, NY 11224, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Mar 04 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 45 | Ethnicity: Caucasian | Gender: Male | Weight: 230 |
| Height: 5'9" | Hair: Black | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Mitchell Raider
1450036

I affirm this 04 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.