**MASSIMI LAW PLLC**
99 Wall Street, Suite 1264, New York, NY 10005

April 23, 2026

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:**   **Symone v. City of New York, et al.,**
> **25 CV 10379 (JPO)**

Your Honor:

I, along with co-counsel, represent the Plaintiff in this matter. Plaintiff writes with the consent of Defendants to request leave to file the attached Second Amended Complaint adding in one additional Defendant related to the May 6, 2023 incident, for which the three-year statute of limitations is rapidly approaching. Attached is a copy of the Second Amended Complaint in track changes indicating the changes.

Plaintiff thanks the Court for its time and consideration.

Respectfully submitted,

*Jessica Massimi*

JESSICA MASSIMI, Esq.