AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Anastacia Symone,<br><br><br>*Plaintiff(s)*<br>v.<br><br>The City of New York, et al.,<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  25 CV 10379 |

## SECOND AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   COHEN & GREEN P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood, NY
t: (929) 888-9480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  April 27, 2026

/S/  S.  James
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25 CV 10379

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

<u>Amended Summons Rider</u>

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

**CITY OF NEW YORK**
c/o
New York City Law Department
100 Church St.
New York, NY 10007

NYPD CAPTAIN ABRAHAM BADILLO (TAX REG. NO. 936162)
HOUSING PSA 1
2860 WEST 23RD STREET, BROOKLYN, NY11224

NYPD OFFICER JARVIS ONABANJO (TAX. REG. NO. 959010; 03263
STRATEGIC RESP GRP 1 MANHATTAN
524 WEST 42ND STREET, MANHATTAN, NY10036

NYPD COMMISSIONER KAZ DAUGHTRY
1 POLICE PLAZA, MANHATTAN, NY10038

NYPD OFFICER AHMED N. ALI (TAX REG. NO. 970381)
PATROL SERVICES BUREAU
1 POLICE PLAZA, MANHATTAN, NY10038

NYPD SERGEANT STANISLAV KUSHNIR (TAX REG. NO. 947764)
VICE UNIT
3280 BROADWAY RM 605, MANHATTAN, NY10027

NYPD DETECTIVE MATTHEW COFFARO (BADGE NO. 3042);
1 POLICE PLAZA, MANHATTAN, NY10038


NYPD OFFICER WOODLY SAINROSE (TAX. REG. NO. 975790)
081 PRECINCT
30 RALPH AVENUE, BROOKLYN, NY11221

NYPD SERGEANT JOEL MOTTOLA (TAX REG. NO. 950922)
COMMUNITY AFFAIRS SECTION
1 POLICE PLAZA, MANHATTAN, NY10038

NYPD SERGEANT SASHA H. ROSEN (TAX REG. NO. 929087)
1POLICE PLAZA ROOM 110A
MANHATTAN, NY10038

1

## Amended Summons Rider

NYPD SERGEANT MARC H. ASSAEL (TAX REG. NO. 960179)
NYPD POLICE ACADEMY
130-30 28TH AVE COLLEGE POINT
FLUSHING, NY 11354

NYPD LIEUTENANT
TONY IP (TAX REG. NO. 949749)
62ND PRECINCT
1925 BATH AVE, BROOKLYN, NY 11214